UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**DAVID L. LOCKHART**,

        Plaintiff,

vs.

**VENETIAN CASINO RESORT, LLC,**

        Defendant.

Case No. 07-CV-1032 JCM

### JUDGMENT ON JURY VERDICT

The foregoing matter having proceeded to trial before a duly constituted jury, and a special verdict reflecting judgment for plaintiff in the amount of $200,000.00 having been returned,

NOW THEREFORE,

IN ACCORD WITH THE VERDICT OF THE JURY AND THE LAWS OF THE STATE OF NEVADA,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Judgment is granted for the plaintiff against the defendant, VENETIAN CASINO RESORT, LLC, in the amount of $200,000;

2. Additional judgment is granted for the plaintiff against the defendant, VENETIAN CASINO RESORT, LLC, in the amount of $54,005.77, representing the statutory interest on the foregoing award of compensatory damages against defendant, VENETIAN RESORT, LLC, through April 16, 2010.

3. Plaintiff may tax costs and request attorney's fees as authorized by statute or court rule.

Dated this 22 day of April, 2010

_____
United States District Court Judge

1